**No. 59944.**—Garay & Co., Inc. *v.* United States, protests 261252–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of elastic fabrics similar in all material respects to those the subject of Abstract 59734, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MAY 24, 1956

**No. 59945.**—Park & Tilford Import Corp. et al. *v.* United States, protests 189149–K, etc. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 59946.**—Park & Tilford Import Corp. et al. *v.* United States, protests 171982–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust, Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.